JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Respondent,<br><br>  v.<br><br>MARCUS E. WILLIAMS<br><br>  Defendant-Petitioner. | No.  CR 13-802 PA<br>     CV 18-4097 PA<br><br>JUDGMENT |

Pursuant to the Court's May 18, 2018 Minute Order denying the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by Defendant-Petitioner Marcus E. Williams,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed.

DATED: May 18, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE